# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PREFERRED DISPLAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br> Defendant. | Civil Action No. 3:16-cv-01559 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, by their respective attorneys, hereby give this Court notice of the dismissal, with prejudice and without costs to any party, of any and all claims which were or could have been made a part of this civil action.

**HALLORAN & SAGE, LLP**
Attorneys for Plaintiff
Preferred Display Inc.

By:  */s/ Daniel P. Scapellati*  
    Daniel P. Scapellati, Esq.

Dated: 3/8/19

**MOUND COTTON WOLLAN & GREENGRASS, LLP**
Attorneys for Defendant
Great American Ins. Co. of NY

By:  */s/ Craig R. Rygiel*  
    Craig R. Rygiel, Esq.

Dated: 3/8/19